✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:11-CR-00055-001 (TES) |
| **LEROY ROY REESE** | |

On April 9, 2020, the supervised release period of 60 months commenced. Leroy Roy Reese has complied with the rules and regulations of supervised release. As Reese was sentenced as an Armed Career Criminal, his case does not meet the criteria for early termination as outlined in the Guide to Judiciary Policy (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. However, given Reese's compliance and progression under supervision, his case does meet the Chief Probation Officer's policy exception provision. Accordingly, it is recommended Leroy Roy Reese be discharged from supervision.

Respectfully submitted,

*James O. Poe, III*
James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  28th  day of  October , 2024.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE